UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICE A. ALEXANDER,

        Plaintiff,

v.

BEIERSDORF, INC., a Delaware corporation,
and ROBERT THOMAS,

        Defendants.
_____/

CASE NO. 05-60064

HON. MARIANNE O. BATTANI

## ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND MOTIONS TO STRIKE

Before the Court is Defendant Beiersdorf, Inc.'s Motion for Summary Judgment (Doc. No. 18); Defendant Robert Thomas' Motion for Summary Judgment (Doc. # 20); Plaintiff's Motion to Amend Complaint (Doc. No. 27); Plaintiff's Motion to Strike Defendant Beiersdorf, Inc.'s Response Brief in Opposition to Plaintiff's Motion to Amend Complaint (Doc. No. 34); and Defendant Beiersdorf, Inc.'s Motion to Strike Plaintiff's Reply Brief Submitted in Support of Plaintiff's Motion to Amend Complaint (Doc. No. 39). For reasons more fully stated on the record at a hearing held on April 10, 2006, the Court DENIES all motions identified above.

IT IS HEREBY ORDERED that Count II of the Complaint shall be and hereby is DISMISSED with prejudice.

IT IS FURTHER ORDERED that the parties are to appear on May 24, 2006, at 2:30 p.m. for a settlement conference. The parties are to conduct settlement negotiations prior to their scheduled settlement conference.

IT IS SO ORDERED.

s/Marianne O. Battani  
MARIANNE O. BATTANI  
UNITED STATES DISTRICT JUDGE

Dated: April 11, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served upon Donald Bramlage, Jr., Vald G. Spitzer, Steven Hart, and James F. Herman on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt  
Deputy Clerk